UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. IDEMUDIA,<br><br>　　　　Defendant. | No. 2:16-cv-2293 JAM CKD P<br><br><br><br>ORDER |

Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances at this time. Plaintiff's request for the appointment of counsel will therefore be denied without prejudice to renewal at a later stage of the litigation.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment (ECF No. 24) of counsel is denied without prejudice to renewal at a later stage of the litigation.

Dated: December 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
2/kly　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
herr2293.31

1